**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **PACIFIC INPATIENT MEDICAL GROUP, INC.**, on behalf of itself and all others similarly situated, <br><br>     **Plaintiff,** <br><br> **v.** <br><br> **ZELIS HEALTHCARE, LLC,** *et al.*, <br><br>     **Defendants.** | Case No.: 1:25-CV-10734-BEM <br><br> CLASS ACTION <br><br> Hon. Brian E. Murphy |
| **DENNIS C. AYER, DDS, LLC,** and **SMILE LINE, LLC,** on behalf of themselves and all others similarly situated, <br><br>     **Plaintiffs,** <br><br> **v.** <br><br> **ZELIS HEALTHCARE, LLC,** *et al.*, <br>     **Defendants.** | Case No.: 1:25-cv-11092-BEM <br><br> CLASS ACTION <br><br> Hon. Brian E. Murphy |
| **DANNY BACHOUA CHIROPRACTIC, APC,** on behalf of itself and all others similarly situated, <br><br>     **Plaintiffs,** <br><br> **v.** <br><br> **ZELIS HEALTHCARE, LLC,** *et al.*, <br><br>     **Defendants** | Case No. 1:25-cv-11167- BEM <br><br> CLASS ACTION <br><br> Hon. Brian E. Murphy |

**ORDER APPOINTING INTERIM CO-LEAD COUNSEL AND**
**<u>PERMITTING CONSOLIDATION</u>**

This matter comes before the Court on Plaintiffs' motion to consolidate cases and appoint Interim Co-Lead Counsel. Being fully advised, this Court hereby rules as follows:

## I.        Consolidation for All Purposes.

Plaintiffs ask this Court to consolidate the above-captioned actions and permit and set deadlines for the filing of a Consolidated Complaint and Defendants' response thereto. Federal Rule of Civil Procedure 42 provides that if "actions involving a common question of law or fact are pending before a district court, the court may … consolidate the actions. *See* Fed. R. Civ. P. 42(a). All actions subject to this Order involve allegations that Zelis and its co-conspirators engaged in anticompetitive conduct regarding reimbursement rates for out-of-network ("OON") healthcare services. Therefore, these actions are hereby consolidated for all purposes, including trial.

All filings in the Lead Action shall bear the following caption:

| | |
|---|---|
| IN RE: ZELIS REPRICING ANTITRUST LITIGATION<br><br>This Document Relates To: | Lead Action Case No: 1:25-c-10734-BEM |

## II.        Interim Co-Lead Counsel

Having carefully considered the applicants' written submissions in light of the criteria set forth in Federal Rule of Civil Procedure 23(g) and the Manual for Complex Litig. (Fourth) § 40.22, the Court appoints the below attorneys and firms as Interim  Co-Lead Counsel, designating them to act on behalf of all Plaintiffs in *In re: Zelis Repricing Antitrust Litigation*:

Jason S. Hartley
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: hartley@hartleyllp.com

Richard M. Paul III
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Email: Rick@PaulLLP.com

The Court finds that these attorneys and their firms have the experience, resources, and ability to fairly and efficiently represent the interests of the putative class. Plaintiffs' Interim Co-Lead Counsel will be responsible for prosecuting any and all claims on behalf of Plaintiffs and the putative class and for coordinating all efforts in the consolidated action.

Specifically, Interim Co-Lead Counsel shall have the following responsibilities:

a. Draft and file the master consolidated complaint, having final authority to decide what claims and parties are included;

b. Brief and argue motions personally or by designee on behalf of Plaintiffs and the putative class on matters arising during pretrial proceedings;

c. Coordinate discovery efforts on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure and the Local Rules of this Court;

d. Delegate tasks to other counsel in the matter to ensure that pretrial preparation is conducted effectively, efficiently, and economically; schedules are met; and unnecessary expenditures of time and expense are avoided;

e. Determine reasonable compensation for non-leadership counsel commensurate with their contributions from a settlement fund, if any, or a verdict;

f. Consult with and employ consultants or experts, as necessary;

g. Enter into stipulations with opposing counsel necessary for the conduct of the litigation;

h. Maintain adequate time and disbursement records covering service of designated counsel and establishing guidelines for approval by the Court as to the keeping of time records and expenses;

i. Prepare and distribute appropriate status reports to the parties and to the Court;

j. Submit additional committees and counsel for designation by the Court if needed.

3

**III.    Conclusion**

For the forgoing reasons, Plaintiffs' motion to appoint Jason S. Hartley of Hartley LLP and Richard M. Paul III of PAUL LLP as Interim Co-Lead Counsel and to consolidate the actions is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  May 27, 2025                              /s/ Brian E. Murphy
                                                 Hon. Brian E. Murphy
                                                 Judge of the United States District Court