UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZELIS REPRICING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Lead Action Case No.: 1:25-cv-10734-BEM<br><br>*Consolidated with Case Nos.:*<br>*1:25-CV-11092-BEM*<br>*1:25-CV-11167-BEM*<br>*1:25-CV-11537-BEM* |

### DEFENDANT AETNA, INC.'S
### MOTION TO COMPEL ARBITRATION WITH RESPECT TO DR. DENNIS C. AYER, DDS, LLC

Defendant Aetna Inc. ("Aetna") respectfully moves this Court, pursuant to the Federal Arbitration Act ("FAA") (9 U.S.C. § 1 *et seq.*), for an order compelling the individual arbitration of claims asserted in the Amended and Consolidated Class Action Complaint ("Consolidated Complaint"), dated June 11, 2025 (ECF No. 39), against Aetna by Plaintiff Dennis C. Ayer, DDS, LLC, and staying Dr. Ayer's action against Aetna until any arbitration is resolved. The grounds for this Motion are set forth in the accompanying Memorandum in Support and Exhibit A thereto.

Dated: August 11, 2025

                                                           Respectfully submitted,

                                                           /s/ _____
                                                           George A. Borden (#552302)
                                                           Jonathan B. Pitt (*pro hac vice*)
                                                           Katherine Trefz (*pro hac vice*)
                                                           Williams and Connolly LLP
                                                           680 Maine Ave SW
                                                           Washington, DC 20024

Telephone: (202) 434-5000
gborden@wc.com
jpitt@wc.com
ktrefz@wc.com

*Counsel for Aetna Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of August, 2025, the foregoing was filed with the Court's electronic filing system, which will send electronic notice of this filing to all counsel of record.

/s/ *Katherine Trefz*
Katherine Trefz