# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZELIS REPRICING ANTITRUST LITIGATION | Lead Action Case No.: 1:25-cv-10734-BEM |
| This Document Relates To:<br><br>All Associated Cases | Consolidated with Case Nos.:<br>1:25-CV-11092-BEM<br>1:25-CV-11167-BEM<br>1:25-cv-11537-BEM |

## DEFENDANT UNITEDHEALTH GROUP INC.'S MOTION TO COMPEL ARBITRATION WITH RESPECT TO DR. DENNIS C. AYER, PACIFIC INPATIENT MEDICAL GROUP, INC. AND FRANK SCACCIA

Defendant UnitedHealth Group Inc. ("United") respectfully moves this Court, pursuant to the Federal Arbitration Act ("FAA") (9 U.S.C. § 1 et seq.), for an order compelling the individual arbitration of claims asserted in the Amended and Consolidated Class Action Complaint ("Consolidated Complaint"), dated June 11, 2025 (ECF No. 39), against United by Plaintiff Dennis C. Ayer, DDS, LLC, Pacific Inpatient Medical Group, Inc. and Frank Scaccia, M.D., F.A.C.S., L.L.C. and staying their actions against United until any arbitration is resolved. The grounds for this Motion are set forth in the accompanying Memorandum in Support and Declaration thereto.

| | |
|---|---|
| Dated:  August 11, 2025 | Respectfully submitted,<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br><br>By: */s/ Rachel S. Brass*<br>       Rachel S. Brass (admitted *pro hac vice*)<br><br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA  94111-3715<br>Telephone:    415.393.8200<br>Facsimile:      415.393.8306<br>Email:  rbrass@gibsondunn.com<br><br>Heather L. Richardson (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave., 54th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-229-7409<br>hrichardson@gibsondunn.com<br><br>Allison O'Neil (BBO #641330)<br>Kara Kelleher (BBO #713274)<br>TROUTMAN PEPPER LOCKE LLP<br>111 Huntington Ave., 9th Floor<br>Boston, MA 02199<br>Telephone: 617-443-3744<br>Allison.oneil@troutman.com<br>Kara.kelleher@troutman.com<br><br>*Attorneys for Defendant UnitedHealth Group, Inc.* |

- 2 -

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Defendants have conferred with counsel for Plaintiffs and have attempted in good faith to resolve or narrow the issues in this Motion but have been unable to do so.

/s/ *Rachel S. Brass*
Rachel S. Brass

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of August, 2025, the foregoing was filed with the Court's electronic filing system, which will send electronic notice of this filing to all counsel of record.

/s/ *Rachel S. Brass*
Rachel S. Brass