**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: ZELIS REPRICING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Lead Action Case No.: 1:25-cv-10734-BEM<br><br>*Consolidated with Case Nos.:*<br>*1:25-CV-11092-BEM*<br>*1:25-CV-11167-BEM*<br>*1:25-CV-11537-BEM*<br><br>**[PROVISIONALLY FILED IN REDACTED FORM PENDING RULING ON MOTION FOR LEAVE TO SEAL (ECF 107)]** |

**DEFENDANT ELEVEVANCE HEALTH, INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF DANNY BACHOUA CHIROPRACTIC, APC'S CLAIMS AND STAY ACTION**

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1 *et seq*., Defendant Elevance Health, Inc. ("Elevance Health") hereby moves the Court to compel arbitration of the claims asserted by Plaintiff Danny Bachoua Chiropractic, APC ("DBC") and to stay this action pending arbitration. As reason therefore, Elevance Health states that the provider services agreements between (1) American Specialty Health ("ASH") Plans of California, Inc. and Plaintiff and (2) American Specialty Health Networks of California, Inc., and Plaintiff ("PSAs") both contain an unambiguous, binding arbitration provision that requires any disputes with payors, such as Elevance Health's subsidiary Blue Cross of California, be arbitrated. In accordance with the terms of those agreements, Defendant Elevance Health demands that DBC bring its claims in arbitration

Consistent with the established federal policy favoring arbitration expressed in the FAA, the Court should compel arbitration and stay this action pending arbitration. *See* 9 U.S.C. §§ 3, 6. Any challenges to the scope and enforceability of the subject arbitration provisions are all threshold questions that have been delegated to the arbitrator for decision per the terms of the

**ORAL ARGUMENT REQUESTED**

applicable PSAs..  The specific grounds for this motion are set forth in the attached memorandum and accompanying exhibits.  A proposed order is attached.

### LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

Because oral argument may assist the Court in determining the issues presented in the accompanying Memorandum of Law and Elevance Health wishes to be heard, Elevance Health hereby requests oral argument on its Motion.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that they have conferred with counsel for Plaintiff Danny Bachoua Chiropratic APC via email and telephone conference in a good faith attempt to resolve or narrow the issues presented in this motion, and Plaintiff's counsel has informed undersigned counsel that they oppose this motion.


Dated: August 11, 2025                    Respectfully submitted,

                                          By:___/s/ *Maria Durant*_____
                                          Maria R. Durant
                                          HOGAN LOVELLS US LLP
                                          125 High Street
                                          Suite 2010
                                          Boston, MA 02110
                                          Tel: (617) 371-1024
                                          Fax: (617) 371-1037
                                          Maria.durant@hoganlovells.com

                                          E. Desmond Hogan (*admitted pro hac vice*)
                                          W. David Maxwell (*admitted pro hac vice*)
                                          HOGAN LOVELLS US LLP
                                          Columbia Square
                                          555 13th Street, N.W.
                                          Washington, DC 20004
                                          Tel: (202) 637-5600
                                          Fax: (202) 637-5910

desmond.hogan@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Defendant Elevance Health, Inc.*

## CERTIFICATE OF SERVICE

I, Olga Fleysh attorney for the Defendants listed below, certify that, on August 11, 2025, I caused a copy of the foregoing motion and memorandum and exhibits in support thereof to be served, via ECF, on all counsel of record.

*/s/ Olga Fleysh*
Olga Fleysh

*Counsel for Defendant Elevance Health, Inc.*