UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZELIS REPRICING ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br><br>All Associated Cases | Lead Action Case No.: 1:25-cv-10734-BEM<br><br>*Consolidated with Case Nos.:*<br>*1:25-CV-11092-BEM*<br>*1:25-CV-11167-BEM*<br>*1:25-CV-11537-BEM* |

**STIPULATION TO EXTEND THE DEADLINES FOR RESPONSES AND REPLIES TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION**

Plaintiffs Dr. Dennis C. Ayer, DDS, LLC, Pacific Inpatient Medical Group, Inc. ("PIMG"), Frank Scaccia, and Danny Bachoua Chiropractic, APC ("DBC"), and Defendants UnitedHealth Group, Inc., Aetna Inc., and Elevance Health, Inc., by and through their undersigned counsel, hereby stipulate as follows, subject to approval by the Court:

WHEREAS, on August 11, 2025, the above-named Defendants filed the following motions to compel arbitration:

    a. Defendant UnitedHealth Group, Inc., filed a motion to compel arbitration and memorandum in support of the same with respect to Plaintiffs Dr. Dennis C. Ayer, DDS, LLC, PIMG, and Frank Scaccia. (ECF Nos. 105-106).

    b. Defendant Aetna Inc., filed a motion to compel arbitration and memorandum in support of the same with respect to Plaintiff Dr. Dennis C. Ayer, DDS, LLC. (ECF Nos. 101-102).

    c. Defendant Elevance Health, Inc., filed a motion to compel arbitration and memorandum in support of the same with respect to Plaintiff DBC. (ECF Nos.108, 110).

WHEREAS, under D. Mass. L.R. 7.1(b)(2), Plaintiffs' respective responses to Defendants' motions to compel arbitration are due on August 25, 2025.

WHEREAS, the parties previously agreed to a briefing schedule for motions to dismiss that was approved by the Court and the parties desire to have the same briefing schedule apply to Defendants' motions to compel arbitration, specifically that the deadline for Plaintiffs to respond to the motions to compel arbitration would be September 22, 2025 and Defendants' reply briefs, if any, would be filed by October 20, 2025.

NOW, THERFORE, the parties stipulate as follows:

1. That the deadlines for Plaintiffs to respond to Defendants' respective motions to compel arbitration are extended from August 25, 2025, to September 22, 2025.

2. That Defendants' reply briefs, if any, be filed by October 20, 2025.

**IT IS SO STIPULATED**.

Dated: August 20, 2025

/s/*Maureen Forsyth*
Maureen Forsyth, (BBO# 642390)
Jason S. Hartley, *pro hac vice*
Jason M. Lindner, *pro hac vice forthcoming*
Kenneth Frost, *pro hac vice forthcoming*
**HARTLEY LLP**
101 W. Broadway, Ste 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

Richard M. Paul III, *pro hac vice*
Mary Jane Fait, *pro hac vice*
Haley Hawn, *pro hac vice*
**PAUL LLP**
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com
MaryJane@PaulLLP.com
Haley@PaulLLP.com

*Plaintiffs Interim Co-Lead Counsel*


/s/*George Borden*
George Borden
Katherine Anne Trefz (*pro hac vice*)
Jonathan Pitt (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202-403-5038
gborden@wc.com
ktrefz@wc.com
jpitt@wc.com

*Attorneys for Defendant Aetna, Inc.*

/s/*Maria R. Durant*
Maria R. Durant (BBO #558906)
**HOGAN LOVELLS US LLP**
125 High Street, Ste. 2010
Boston, MA 02110
Telephone: 617-371-1024
Maria.Durant@hoganlovells.com

E. Desmond Hogan (*pro hac vice*)
Justin Bernick (*pro hac vice*)
W. David Maxwell (*pro hac vice*)
**HOGAN LOVELLS US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
david.maxwell@hoganlovells.com

*Attorneys for Defendant Elevance Health, Inc.*

/s/*Rachel S. Brass*
Rachel S. Brass (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center Suite 2600
San Francisco, CA 94111
Telephone: 415-393-8293
rbrass@gibsondunn.com

Heather L. Richardson (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Ave., 54th Floor
Los Angeles, CA 90071
Telephone: 213-229-7409
hrichardson@gibsondunn.com

Allison O'Neil
Kara Kelleher
**TROUTMAN PEPPER LOCKE**
111 Huntington Ave., 9th Floor
Boston, MA 02199
Telephone: 617-443-3744
Allison.oneil@troutman.com
Kara.kelleher@troutman.com

*Attorney for Defendant UnitedHealth Group, Inc.*

4

## CERTIFICATE OF SERVICE

    I certify that on August 21, 2025, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice, to be filed with the Clerk of Court using the CM/ECF system which will serve as notification of such filing to the email address of all counsel of record in this action.

                                                          */s/ Maureen Forsyth*
                                                          Maureen Forsyth