UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ZELIS REPRICING ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br><br>All Associated Cases | Lead Action Case No.: 1:25-cv-10734-BEM<br><br>*Consolidated with Case Nos.:*<br>*1:25-CV-11092-BEM*<br>*1:25-CV-11167-BEM*<br>*1:25-CV-11537-BEM* |

### ORDER REGARDING STIPULATION TO EXTEND THE DEADLINES FOR RESPONSES AND REPLIES TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION

Pursuant to the Stipulation to Extend the Deadlines for Plaintiffs to Respond to Defendants' Motions to Compel Arbitration filed concurrently herewith, **IT IS HEREBY ORDERED**:

The deadlines for Plaintiffs Dr. Dennis C. Ayer, DDS, LLC, Pacific Inpatient Medical Group, Inc. ("PIMG"), Frank Scaccia, and Danny Bachoua Chiropractic, APC ("DBC") to respond to Defendants UnitedHealth Group, Inc., Aetna Inc., and Elevance Health, Inc.'s motions to compel arbitration and memorandums in support thereof, (ECF Nos. 101-102; 105-106, 108-110), are extended from August 25, 2025, to September 22, 2025. Any potential reply briefs, if needed, must be filed by October 20, 2025.

    **IT IS SO ORDERED.**

Dated: August 21, 2025

                                          /s/ Brian E. Murphy
                                          Honorable Brian E. Murphy
                                          United States District Judge