# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**IN RE: ZELIS REPRICING ANTITRUST LITIGATION**

Lead Action Case No: 1:25-cv-10734-BEM

This Document Relates To:

Consolidated with Case Nos.:

All Associated Cases

1:25-CV-11092-BEM
1:25-CV-11167-BEM
1:25-CV-11537-BEM

## SCHEDULING ORDER

Upon consideration of the [203] Proposed Pretrial Schedule and after hearing from the parties at the Scheduling Conference held on May 19, 2026, IT IS HEREBY ORDERED:

| EVENT | DATE |
|---|---|
| Initial disclosures exchanged | May 12, 2026 |
| Initial set of requests for production of documents must be served | May 26, 2026 |
| Deadline for producing party's disclosure of initial list of proposed document custodians and custodial sources | June 12, 2026 |
| Deadline for producing party's production of organizational charts with full names, companies, departments/divisions, titles/roles and dates | June 12, 2026 |
| Deadline to meet and confer regarding non-custodial document sources, search terms, TAR/AI, and all scoping parameters | June 19, 2026 |
| Deadline to agree to or submit separate proposals for TAR protocol | June 26, 2026 |
| Deadline to agree to or submit separate proposals for deposition protocol and number of fact depositions | June 30, 2026 |
| Deadline for parties to disclose data fields, along with their respective location, meaning, relationship and any other data that can assist in determining their significance or pertinence | July 6, 2026 |

| | |
|---|---|
| Deadline for any motions for leave to amend the pleadings | July 6, 2026 |
| Deadline to complete production of structured data | October 1, 2026 |
| All requests for production of documents and interrogatories must be served | December 1, 2026 |
| All requests for admission must be served | January 4, 2027 |
| All depositions, other than expert depositions, must be completed by | March 8, 2027 |
| Close of fact discovery | March 8, 2027 |

/s/ Brian E. Murphy

Brian E. Murphy

Dated: May 20, 2026

Judge, United States District Court